# Third District Court of Appeal
## State of Florida

Opinion filed August 9, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-2454
Lower Tribunal No. 18-32743

————————

**Arlette Breto,**
Appellant,

vs.

**Universal Property & Casualty Insurance Company,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Alan Fine, Judge.

Chad Barr Law, and Chad A. Barr (Altamonte Springs), for appellant.

Bernstein, Chackman, Liss, and Steven J. Chackman (Hollywood); Russo Appellate Firm, P.A., and Paulo R. Lima and Elizabeth K. Russo, for appellee.

Before LOGUE, C.J., and LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.